**The below described is SIGNED.**




**Dated: May 14, 2013**
_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

Richard C. Terry, USB No. 3216
TERRY JESSOP & BITNER
341 South Main Street, Suite #500
Salt Lake City, Utah 84111-2705
Telephone: 801/534-0909
Facsimile: 801/534-1948
Email: richard@tjblawyers.com

Attorneys for HSBC Bank Nevada, N.A.

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| In Re: | Bankruptcy No. 10-34641 rkm |
| William Butler Yates & Kristy Lynn Yates, | Chapter 13 |
| | Filed Electronically |
| Debtors. | **ORDER OF DISMISSAL** |

HSBC Bank Nevada, N.A. filed a Motion to Dismiss, scheduled for hearing on May 15, 2013. Based upon the Declaration of Default and Application for Entry of Order on file herein, and good cause appearing,

1

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing is stricken, and that Debtors Chapter 13 Bankruptcy Proceeding is hereby dismissed.

### ***END OF DOCUMENT***

### CERTIFICATE OF SERVICE FOR COURT CLERK

I, Court Clerk, hereby certify that on _____, I served a copy of the foregoing ORDER OF DISMISSAL upon the following by first class mail, postage prepaid; or electronically via ECF:

William Butler Yates and Kristy Lynn Yates (Via U.S. Mail)
P.O. Box 261
Magna, UT 84044

Justin O. Burton (Via ECF)
Rulon T. Burton & Assoc.
6000 South Fashion Blvd.
Murray, UT 84107

Kevin R. Anderson (Via ECF)
Chapter 13 Trustee
405 South Main Street
Suite #600
Salt Lake City, UT 84111

Richard C. Terry (Via ECF)
TERRY JESSOP & BITNER
39 Exchange Place, Suite 100
Salt Lake City, UT 84111

I:\4\4179\16\app&order13.wpd

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 10-34641<br>District of Utah<br>Salt Lake City<br>Thu Dec 30 15:30:11 MST 2010 | ACS-US Bank<br>501 Bleecker Street<br>Kingston, NY 12401 | AFSA Brazo<br>2600 Washington Ave.<br>Waco, TX 76710-7449 |
| America First Credit Union<br>PO Box 9199<br>Ogden, UT 84409-0199 | Kevin R. Anderson tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 | Associates Orthopedic Surgery<br>Physician Group of Utah<br>PO Box 100755<br>Atlanta, GA 30384-0755 |
| Darwin H. Bingham<br>Scalley Reading Bates Hansen & Rasmussen<br>Gateway Tower West<br>15 West South Temple, Suite 600<br>P.O. Box 11429<br>Salt Lake City, UT 84147-0429 | Blue Cross Blue Shield<br>of Massachusetts<br>One Enterprise Drive<br>Quincy, MA 02171-2125 | Bonneville Billing & Collections, Inc.<br>PO Box 150621<br>Ogden, UT 84415-0621 |
| Justin O. Burton<br>Rulon T. Burton & Assoc.<br>6000 South Fashion Blvd.<br>Murray, UT 84107-5435 | CitiFinancial<br>5672 South Redwood Road<br>Salt Lake City, UT 84123-5392 | ConsulMed<br>175 West 200 South, #4009<br>Salt Lake City, UT 84101-1442 |
| Cook Orthodontics<br>1025 East 11400 South, Ste 103<br>Sandy, UT 84094-6947 | Davis Hospital<br>1600 W. Antelope Dr.<br>Layton, UT 84041-1120 | Dell Financial Services<br>PO Box 6403<br>Carol Stream, IL 60197-6403 |
| Dell Financial Services<br>c/o DFS Customer Care Dept<br>PO Box 81577<br>Austin, TX 78708-1577 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Dr. Nichoals Cartwell<br>8370 West 3500 South<br>Magna, UT 84044-1870 |
| ED Financial<br>123 Center Park Drive<br>Knoxville, TN 37922-2166 | Exodus Health Care<br>3665 South 8400 West<br>Magna, UT 84044-4907 | Express Recovery Services<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 |
| Flagstar Bank<br>5151 Corporate Drive<br>Kaycee, WY 82639 | GE Money Bank<br>Attn: Bankruptcy Dept<br>PO Box 103104<br>Roswell, GA 30076-9104 | Granger Medical Clinic<br>PO Box 70658<br>Salt Lake City, UT 84170-0658 |
| HSBC<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | Harley Davidson Motor Credit<br>PO Box 22048<br>Carson City, NV 89721-2048 | Harley-Davidson Credit Corp<br>PO Box 829009<br>Dallas, TX 75382-9009 |
| JCPenney<br>PO Box 981131<br>El Paso, TX 79998-1131 | Kawasaki/HSBC<br>PO Box 15521<br>Wilmington, DE 19850-5521 | LabCorp of America Holdings<br>PO Box 2240<br>Attn: Banruptcy Dept<br>Burlington, NC 27216-2240 |

Memorial Hospital
PO Box 1359
Rock Springs, WY 82902-1359

Millcreek Anesthesia
1954 East Fort Union Blvd, Ste 104
Salt Lake City, UT 84121-6886

Mountain America Credit Union
735 South State Street #300
Salt Lake City, UT 84111-3821


Nelnet
121 South 13th Street
Lincoln, NE 68508-1922

Nelnet on behalf of UHEAA
Utah Higher Ed. Assistance Authority
PO Box 145112
Salt Lake City UT 84114-5112

Nelnet on behalf of the US Department of Edu
3015 South Parker Road Suite 400
Aurora CO 80014-2904


Ogden Clinic
c/o Express Recovery Services
PO Box 26415
Salt Lake City, UT 84126-0415

Outsource Receivables Management
PO Box 166
Ogden, UT 84402-0166

Physician Group of Utah
PO Box 100755
Atlanta, GA 30384-0755


Pioneer Valley Hospital
3460 South Pioneer Parkway
West Valley City, UT 84120-2098

Pioneer Valley Hospital
PO Box 277284
Atlanta, GA 30384-7284

Professional Diagnostics
PO Box 276
Midvale, UT 84047-0276


Questar Gas Company
Bankruptcy/DNR244
1140 West 200 South
PO Box 3194
Salt Lake City, UT 84110-3194

R C Willey Home Furnishings
PO Box 65320
SLC, UT 84165-0320

R. C. Willey Financial Services
P.O.Box 65320
Salt Lake City, Utah 84165-0320


SLRMC Surgial Weight Loss
Physicial Group of Utah
PO Box 100755
Atlanta, GA 30384-0755

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500

Salt Lake County Treasurer
Attn: Ray Lancaster
2001 South State Street, #N1200
Salt Lake City, UT 84190-0001


Taste of Home
PO Box 4002884
Des Moines, IA 50340-2884

US Bank National Brazos
c/o ACS
PO Box 22724
Long Beach, CA 90801-5724

US Deptartment of Education
900 Commerce Drive, #320
Booneville, MS 38829


United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah Imaging Associates
4500 South 650 East
Salt Lake City, UT 84107

Wells Fargo Bank NA
4137 121st Street
Urbandale IA 50323-2310


Wells Fargo Financial
PO Box 5943
Sioux Falls, SD 57117-5943

Wendy Gaskins
303 Blackberry Drive
Saratoga Springs, UT 84045-8211

Xcel Spa & Fitness
c/o Express Recovery Services
PO Box 26415
Salt Lake City, UT 84126-0415


Kristy Lynn Yates
PO Box 261
Magna, UT 84044-0261

William Butler Yates
PO Box 261
Magna, UT 84044-0261

eCAST Settlement Corporation assignee of
CitiFinancial Inc
POB 29262
New York NY 10087-9262

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)R. Kimball Mosier

(u)Mountain America Federal Credit Union

(u)Nelnet Loan Services
3015 South Parker Road, #425
KY 42904

(u)Sallie Mae
1002 Arthur Drive
Lynn Haven, KY 41683

End of Label Matrix
Mailable recipients    59
Bypassed recipients     4
Total                  63